**From:** Mike Fedele [mailto:Fedele@maxuscapital.com]
**Sent:** Wednesday, October 14, 2015 9:21 AM
**To:** 'Neil E. Hoobler'
**Subject:** Maxus Lease 1425-002

Neil,

It is my understanding that AmeriServ has presented the documents and its sight draft to Credit Agricole for payment of the $6,125,025 and that AmeriServ has received the funds. We need to pay off Maxus' loan to AmeriServ followed immediately by Supreme's payoff of its lease with Maxus.

Attached is an Excel spreadsheet showing the total amount due Maxus and AmeriServ. Also attached is a direction to pay letter drafted by our counsel. We have assumed a closing date of tomorrow, October 15, 2015. If the closing date moves one way or the other, there needs to be an adjustment to the interim amount due Maxus.

Our thoughts are that Supreme will direct AmeriServ to take the amount needed to pay off the loan due. Maxus will pay the interest due AmeriServ on the closing date.

I presume the remaining money in the account will be transferred into Supreme's operating account at Northwest Bank. Supreme will need to wire the amount due Maxus accordingly. Maxus will then furnish to you a bill of sale for the components of the equipment it leased to you and will also prepare and file all needed UCC termination statements.

Let me know if you have any questions.

EXHIBIT "G"

Thanks,

Mike


**Michael J. Fedele**

*Manager, Lease Administration*

**Maxus Capital Group, LLC**
31300 Bainbridge Road
Cleveland, Ohio 44139
Direct- 440.519.2408
Fax - 440.519.2401

www.maxuscapital.com

**Supreme Manufacturing, Inc.**
**Maxus Lease 1425-002**

| | | | | |
|---|---|---|---|---|
| Principal amount due AmeriServ | $ | 3,996,249.96 | | |
| October Servicer Fee due Maxus | $ | 2,875.00 | | |
| Interim Interest due Maxus (assumes a 10/15/2015 payoff) | $ | 12,632.40 | Maxus Per diem = | $ 842.16 |
| Exit fee Due Maxus | $ | 245,001.00 | 3% of $8,166,700.00 | |
| Legal and administrative fees due Maxus | $ | 5,000.00 | | |
| TOTAL | $ | 4,261,758.36 | | |
| Funds to AmeriServ | $ | 3,996,249.96 | | |
| Funds to Maxus | $ | 265,508.40 | | |