**SUPREME MANUFACTURING INC.**
327 BILLY BOYD ROAD
STONEBORO, PA 16153



Here to Serve
**AMERISERV**
AmeriServ.com
60-106-313

ESmart® Check Fraud
Protection for Business

10/15/2015

PAY TO THE
ORDER OF    MAXUS CAPITAL GROUP, LLC                                    $  **20,507.40

Twenty Thousand Five Hundred Seven and 40/100***********************************************************    DOLLARS

MAXUS CAPITAL GROUP, LLC
ATTN: MIKE FEDELE
31300 BAINBRIDGE RD
CLEVELAND, OH 44139

*Kathleen Wilson*
AUTHORIZED SIGNATURE

MEMO     LEASE # 1425-002

⑈000 226 23⑈ ⑆03130 1066⑆  6704⑈635⑈9⑈

---

SUPREME MANUFACTURING INC.

                                                                        22623

    MAXUS CAPITAL GROUP, LLC                        10/15/2015
    ADMINISTRATIVE FEES                                              2,875.00
    INTEREST  EXPENSE                                               12,632.40
    PROFESSIONAL FEES                                                5,000.00

    AMERISERV-OPERA    LEASE # 1425-002                              20,507.40

---

EXHIBIT "I"