

# MAXUS
CAPITAL GROUP

SENT VIA 1ST CLASS U. S. MAIL

October 20, 2015

Mr. Neil Hoobler, President
Supreme Manufacturing Inc.
327 Billy Boyd Road
Stoneboro, PA 16173

Re: Schedule 002 issued pursuant to Master Agreement No. 1425, each by and between Supreme Manufacturing Inc., as Lessee, and Maxus Capital Group, LLC, as Lessor

Dear Mr. Hoobler:

Enclosed is Supreme Manufacturing Inc.'s Check No. 22623 in the amount of $20,507.40.

As discussed, the amount tendered is insufficient to pay the Early Purchase Amount as set forth in the Schedule, to wit:

> The Early Purchase Option Amount is equal to the sum of all advances made by Lessor to Lessee hereunder, plus any and all unpaid amounts then due and owing Lessor under this Lease, including but not limited to, unpaid rent, expenses, penalties or fees due or to become payable to Lessor upon lease expiration or termination.

Supreme Manufacturing Inc. ("Supreme") was provided a settlement statement which disclosed the unpaid principal amount, the Servicer Fee, interim interest, the exit fee and legal and administrative fees. The amount tendered did not include the exit fee of $245,001.00.

Upon receipt of Supreme's payment of $265,508.40, plus (a) any accrued interest at the rate set forth in the Master Agreement of 2% per month for any payment not made within three days of its due date and (b) as an administrative fee of $75.00 for any payment not made when due, Maxus Capital Group, LLC shall issue a bill of sale to Supreme conveying all of its right, title and interest in the Equipment (as such term is defined in the Schedule), free and clear of all liens and encumbrances created by, through or under Maxus.

Very truly yours,

Dennis J. Diemer
General Counsel

Enclosure

THE POWER TO PROSPER

CORPORATE HEADQUARTERS 31300 BAINBRIDGE ROAD CLEVELAND, OH 44139
PHONE (440) 519-2400 FAX (440) 519-2401
MAXUSCAPITAL.COM

EXHIBIT "J"