

MAXUS
CAPITAL GROUP

January 15, 2016

**Via E-Mail and Federal Express**
Neil E. Hoobler, President
Supreme Manufacturing, Inc.
327 Billy Boyd Road
Stoneboro, Pennsylvania 16153

> Re: Schedule No. 001, dated September 2, 2014, incorporating by reference Master Agreement No. 1425, each by and between Maxus Capital Group, LLC, as Lessor, and Supreme Manufacturing, Inc., as Lessee. The Schedule as it incorporates the Master Agreement, is referred to herein as the "Lease."

Dear Mr. Hoobler:

As discussed in our meeting today, please be advised that Supreme Manufacturing, Inc. ("Supreme") is in default under the Lease.

Specifically, Supreme's acts of default include, but are not limited to, its failure to timely provide financial statements, annual projected financial statements, and first, second and third quarter financial statements. Furthermore, Supreme has failed to provide Maxus with a copy of its 2014 federal tax return. Based on these acts of default, Supreme is not entitled to exercise its Early Purchase Option set forth in the Lease.

Given Supreme's actions, including those set forth above, Supreme is in default of its obligations under the Lease. As such, there remains due and owing to Maxus the Stipulated Loss Value of $139,350.00. To that end, demand is hereby made for payment of the Stipulated Loss Value of $139,350.00. In the event that payment is not received by Maxus in immediately available funds on January 19, 2016, Maxus intends to take formal action to protect its rights including, but not limited to, its rights as an owner and/or secured creditor as to the Equipment described in the Lease.

Nothing contained herein shall be construed a waiver of any rights Maxus may have all of which are specifically reserved. Your prompt response is required.

Very truly yours,

*[signature]*

Dennis Diemer, General Counsel

cc: Neil E. Hoobler, Guarantor  Jeffrey P. Meyers VIA Email and 1st Class US Mail
    231 Steckler Road  Meyers Law Group, LLC
    Stoneboro, PA 16153  17025 Perry Highway
     Warrendale, PA 15086

Christopher Di Lillo, President, Maxus Capital Group, LLC

THE POWER TO PROSPER
CORPORATE HEADQUARTERS 31100 BAINBRIDGE ROAD CLEVELAND, OH 44139
PHONE (440) 519-2400 FAX (440) 519-2401
MAXUSCAPITAL.COM

EXHIBIT "K"